IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAELIN DUKE                                                                                            PLAINTIFF

v.                                         Case No. 4:20-cv-4012

CORPORAL SMITH, *et al.*                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 22) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge